# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:24-cr-0088 |
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | **I N D I C T M E N T** |
| EDDIE LEE MURPHY, | : | 18 U.S.C. § 922(g) |
| | : | 18 U.S.C. § 924(c) |
| Defendant. | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(A) |
| | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 856(a)(2) |
| | : | |
| | : | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES**:

## COUNT 1
### (Conspiracy to Commit a Title 21 Offense)

Between a beginning date unknown, but by in or around October 2023, and continuing until on or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY**, and others known and unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.**

### COUNT 2
### (Possession with Intent to Distribute)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly and intentionally possessed with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

### COUNT 3
### (Maintaining a Drug Premises)

Beginning at least in or around October 2023, and continuing until on or about October 18, 2024, in the Southern District of Ohio, defendant **EDDIE LEE MURPHY** knowingly and intentionally managed and controlled any place—whether permanently or temporarily—as an occupant, and in doing so, knowingly and intentionally made available for use, with and without compensation, the place for the purpose of unlawfully storing and distributing a controlled substance.

**In violation of Title 21, United States Code, Section 856(a)(2).**

### COUNT 4
### (Possession of a Firearm and Ammunition by a Prohibited Person)
### (5520 Joyce Ann Dr.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY,** knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearms and ammunition, and the firearms and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g).**

### COUNT 5
### (Possession of a Firearm and Ammunition by a Prohibited Person)
### (828 Osmond Ave.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY,** knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms and ammunition, and these firearms and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g).**

### COUNT 6
### (Possession of a Firearm in Furtherance of Serious Drug Offense)
### (5520 Joyce Ann Dr.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: conspiracy to distribute and to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, as alleged in Count One of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

### COUNT 7
### (Possession of a Firearm in Furtherance of Serious Drug Offense)
### (828 Osmond Ave.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: possession with intent to distribute and to distribute controlled

substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), as alleged in Count Two of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

### FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 3 of this Indictment, **EDDIE LEE MURPHY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

### FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 4 through 8 of this Indictment, **EDDIE LEE MURPHY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s).

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_Kelly K. Rossi_
**KELLY K. ROSSI**
**ASSISTANT UNITED STATES ATTORNEY**