## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 3:24-CR-088** |
| **Plaintiff,** | : | |
| | : | **JUDGE MICHAEL J. NEWMAN** |
| **v.** | : | |
| | : | **SUPERSEDING INDICTMENT** |
| **EDDIE LEE MURPHY and** | : | |
| | : | **18 U.S.C. § 922(g)** |
| | : | **18 U.S.C. § 924(c)** |
| | : | **21 U.S.C. § 841(a)(1)** |
| | : | **21 U.S.C. § 841(b)(1)(A)** |
| **CHRISTIAN JONES,** | : | **21 U.S.C. § 846** |
| | : | **21 U.S.C. § 856(a)(2)** |
| **Defendants.** | : | |
| | : | **FORFEITURE ALLEGATIONS** |
| | : | |
| | : | |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Conspiracy to Commit a Title 21 Offense)

Between a beginning date unknown, but by at least in or about October 2023, and continuing until in or about December 2024, in the Southern District of Ohio and elsewhere, **EDDIE LEE MURPHY, CHRISTIAN JONES,** and others known and unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.**

## COUNT 2
### (Possession with Intent to Distribute)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** and **CHRISTIAN JONES** knowingly and intentionally possessed with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and** *Pinkerton v. United States***, 328 U.S. 640 (1946).**

## COUNT 3
### (Possession with Intent to Distribute)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly and intentionally possessed with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

## COUNT 4
### (Maintaining a Drug Premises)

Beginning at least in or around October 2023, and continuing until on or about October 18, 2024, in the Southern District of Ohio, defendant **EDDIE LEE MURPHY** knowingly and intentionally managed and controlled any place—whether permanently or temporarily—as an occupant, and in doing so, knowingly and intentionally made available for use, with and without compensation, the place for the purpose of unlawfully storing and distributing a controlled substance.

**In violation of Title 21, United States Code, Section 856(a)(2).**

## COUNT 5
### (Possession of a Firearm and Ammunition by a Prohibited Person)
### (5520 Joyce Ann Dr.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY,** knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearms and ammunition, and the firearms and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g).**

## COUNT 6
### (Possession of a Firearm and Ammunition by a Prohibited Person)
### (828 Osmond Ave.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY,** knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed firearms and ammunition, and these firearms and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Section 922(g).**

## COUNT 7
### (Possession of a Firearm in Furtherance of Serious Drug Offense)
### (5520 Joyce Ann Dr.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: conspiracy to distribute and to possess with

intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, as alleged in Count One of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

## COUNT 8
### (Possession of a Firearm in Furtherance of Serious Drug Offense)
### (828 Osmond Ave.)

On or about October 18, 2024, in the Southern District of Ohio, **EDDIE LEE MURPHY** knowingly possessed firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely: possession with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), as alleged in Count Two of the Indictment.

**In violation of Title 18, United States Code, Section 924(c).**

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 4 of this Superseding Indictment, **EDDIE LEE MURPHY** and **CHRISTIAN JONES** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but is not limited to the following:

Seized from 5520 Joyce Ann Drive, Dayton Ohio:

- $1,097,617.00 in U.S. Currency;

- $241.00 in U.S. Currency;

- $940.00 in U.S. Currency;

- $810.00 in U.S. Currency;

- Glock 29, 10mm pistol, serial number BSUC026, with 10 caliber magazine with X Grip, and 15 rounds of 10 caliber ammunition;

- Taurus G2C, 9mm pistol, serial number TJW38684, with 9mm magazine, and 10 rounds of 9mm ammunition;

- Taurus G2C, 9mm pistol, serial number TJR57787, with 9mm magazine, and 12 rounds of 9mm ammunition;

- Privately Manufactured, 9mm pistol, with 9mm magazine, and 15 rounds of 9mm ammunition;

- Glock 30, .45 caliber pistol, serial number XSU606, with .45 caliber magazine, and 13 rounds of .45 caliber ammunition;

- HS PRODUKT, XD40 pistol, serial number GM157831, with .40 caliber magazine, and 13 rounds of .40 caliber ammunition;

- 2012 Ford F250SD King Ranch Pickup Truck, VIN 1FT7W2B69CEB95338, with all attachments thereon;

- 2019 Chevrolet Silverado 1500 Truck, VIN 1GCUYHEL7KZ424530, with all attachments thereon;

- 2017 Genesis G90 Sedan, VIN KMHG34JA9HU026651, with all attachments thereon;

- 2024 Interstate West Cargo Trailer, model 20698, VIN 4RAVS2025RG007721, with all attachments thereon;

- 2016 GMC Sierra 2500 Pickup Truck, VIN 1GT22REG0GZ373896, with all attachments thereon;

- 2019 Harley-Davidson FXDR 114 Motorcycle, VIN 1HD1YVK1XKC017761, with all attachments thereon;

- 2023 Can-Am Spyder F3-T Motorcycle, VIN 2BXREDD22PV000469, with all attachments thereon;

- 2023 Harley-Davidson FLTRK Road Glide Limited Motorcycle, VIN 1HD1KZF11PB614121, with all attachments thereon;

Seized from 828 Osmond Avenue, Dayton, Ohio:

- Glock 29 pistol, serial number BXHT692, with 10mm magazine, and 24 rounds of 10mm ammunition;

- American Tactical Omni Hybrid Max, 5.56mm pistol, serial number NS334031, with 5.56mm magazine, and 40 rounds of 5.56mm ammunition;

- FNH USA 509, 9mm pistol, serial number GKS0305763, with 9mm magazine, and 24 rounds of 9mm ammunition;

- Glock 23, .40 caliber pistol, serial number WEB194, with .40 caliber magazine, and 22 rounds of .40 caliber ammunition;

- Glock 26GEN5, 9mm pistol, serial number AHYU505, with 9mm magazine, and 15 rounds of 9mm ammunition;

- FHN USA 510, 10mm pistol, serial number BBP0017587, with 10mm magazine, and 22 rounds of ammunition;

- Glock 43X, 9mm pistol, serial number CDRL215, with 9mm magazine, and 15 rounds of 9mm ammunition;

- Glock 29, 10mm pistol, serial number BVET323, with 10mm magazine, and 15 rounds of 10mm ammunition;

- 2023 Harley-Davidson FLTRXS Road Glide Motorcycle, VIN 1HD1KTP10PB656940, with all attachments thereon; and

- 2009 Chevrolet Silverado 2500 LT Pickup Truck, VIN 1GCHK43K29F159484, with all attachments thereon.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 1 through 8 of this Superseding Indictment, **EDDIE LEE MURPHY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but is not limited to, the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

**A TRUE BILL**

**GRAND JURY FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**KELLY K. ROSSI**
**ASSISTANT UNITED STATES ATTORNEY**